Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| HEATHER COX, | **APPENDIX OF EVIDENCE** |
| --- | --- |
| Plaintiff, | |
| vs. | *Jury Trial Demanded* |
| ROB KOLKMAN, CONSTABLE KOLKMAN LLC, and JOHN DOES 1-5, | Case Number: 1:24-cv-00098-JCB
Magistrate Judge: Jared C. Bennett |
| Defendants. | |

| Exhibit No. | Title | Source |
| --- | --- | --- |
| P-1 | State Court Complaint | State Court (219704509) |
| P-2 | Default Judgment | State Court (219704509) |
| P-3 | Writ of Execution | State Court (219704509) |
| P-4 | Collection Letter | Defendants |
| P-5 | Notice of Sale | Defendants |

DATED 6/7/2024

Eric Stephenson
*Attorney for the Plaintiff*