
```
Chip Shaner  (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.   2351677
```
------------------------------------------------------------------

         IN THE SECOND DISTRICT COURT, FARMINGTON   DEPARTMENT
                  DAVIS COUNTY, STATE OF UTAH
------------------------------------------------------------------
                                      |
NAR INC                               |
                                      |   JUDGMENT
              Plaintiff,              |
                                      |
v.                                    |
                                      |   Case No. 219704509
HEATHER COX                           |
                                      |
                                      |
              Defendant(s).           |   JUDGE MICHAEL D DIREDA
------------------------------------------------------------------

   This action came before the  Court on Plaintiff's Motion for

Summary Judgment.  The Court, having granted Plaintiff's

   motion, Hereby Orders and Decrees:

1.  That Plaintiff recover from the Defendant(s):

       HEATHER COX

as follows:

        PRINCIPAL BALANCE:                        $ 8061.74
        COLLECTION FEES:                          $ 0.00
        PREJUDGMENT INTEREST FROM 06/30/2021:     $ 0.00
        COMPLAINT FILING FEE:                     $ 200.00
        PROCESS SERVICE FEE:                      $ 24.00
        OTHER COURT COSTS:                        $ 0.00
        ATTORNEY FEES:                            $ 427.50
        RETURN CHECK FEE:                         $ 0.00
        LESS PAYMENTS RECEIVED                   -$ 0.00
        LESS ACCOUNT ADJUSTMENTS:                -$

        **TOTAL AMOUNT OF JUDGMENT:               $8713.24**

2.  With post-judgment interest accruing on such Total
Judgment at 10% plus the federal post-judgment interest rate being
0.29% which is in accordance with Utah Code Ann. 15-1-4(4).

   3.  This Judgment includes costs and expenses incurred in
pursuing the collection of the Judgment and may be augmented for
additional attorney's fees pursuant to Rule 73, Utah Rules of
Civil Procedure.


                    ****THE SIGNATURE FOR THIS PAPER APPEARS AT THE
                    TOP OF THE FIRST PAGE***


                         CERTIFICATE OF SERVICE

     I hereby certify that on 6/25/2022, a true and correct
copy of the foregoing Judgment was mailed, postage prepaid, to
the Defendant(s) at the following address:

HEATHER COX
3262 BOUNTIFUL BLVD
BOUNTIFUL, UT  84010




                                   /s/ Viridiana Gutierrez
                                   ................................