
```
Chip Shaner  (10082)
B. Joseph Beecroft (10424)
OLSON SHANER
Attorneys for Plaintiff
P.O. Box 26617
Salt Lake City, UT 84126
Telephone:866/211-8660
Email: olsonshaner@gmail.com
Reference No.   2351677
-------------------------------------------------------------------

     IN THE SECOND DISTRICT COURT, FARMINGTON   DEPARTMENT
              DAVIS COUNTY, STATE OF UTAH
-------------------------------------------------------------------
                                  |
NAR INC                           |
                                  |   WRIT OF EXECUTION
                                  |
          Plaintiff,              |
                                  |
v.                                |
                                  |   Case No. 219704509
HEATHER COX                       |
                                  |
                                  |
                                  |
          Defendant(s).           |   JUDGE MICHAEL D DIREDA
-------------------------------------------------------------------

     THE STATE OF UTAH TO THE CONSTABLE OF UTAH COUNTY,

STATE OF UTAH:

     Judgment was  rendered in this action  by the above court on

the date of 07-08-2022, against:

        HEATHER COX
        3262 BOUNTIFUL BLVD
        BOUNTIFUL, UT   84010


in favor of Plaintiff in the amount of:

PRINCIPAL BALANCE:                                    $ 8061.74
PREJUDGMENT INTEREST FROM 06/30/2021:                  $ 0.00
COMPLAINT FILING FEE:                                 $ 200.00
PROCESS SERVICE FEE:                                  $ 24.00
OTHER COURT COSTS:                                    $ 0.00
ATTORNEY FEES:                                        $ 427.50
RETURN CHECK FEE:                                     $ 0.00
LESS PAYMENTS RECEIVED THROUGH JUDGMENT:             -$ 0.00
LESS ACCOUNT ADJUSTMENTS:                            -$
TOTAL AMOUNT OF JUDGMENT:                             $ 8713.24
ACCRUED INTEREST FROM JUDGMENT TO DATE:               $ 85.00
ADDITIONAL COURT COSTS FROM JUDGMENT TO DATE:         $ 50.00
ADDITIONAL ATTORNEY FEES FROM JUDGMENT TO DATE:       $ 75.00
RETURN CHECK FEE FROM JUDGMENT TO DATE:               $ 0.00
SUBTOTAL:                                             $ 8923.24
PAYMENTS AND/OR ADJUSTMENTS:                         -$ 0.00

TOTAL AMOUNT DUE:                                     $ 8923.24
```

with interest on the total amount due at 10.29% per annum as provided by law from the date of judgment until paid, plus after accruing costs and attorney fees.

YOU ARE COMMANDED to collect the judgment, with costs, interest, and fees, and to sell enough of Defendant(s) non-exempt personal property including but not limited to: cash, TV's, stereos, electronic equipment, VCR's, office equipment, cameras, works of art, collections, guns, camping equipment, furniture, livestock, machinery, farm equipment, tools and any and all vehicles to satisfy the same.

This shall be your sufficient warrant for so doing.

Issued under the seal of this Court on the date indicated at the top of the first page of this paper.

****THE SIGNATURE FOR THIS PAPER APPEARS AT THE TOP OF THE FIRST PAGE***

This is a communication from a debt collector.