

**CONSTABLE
ROB KOLKMAN
750 E 9000 S SUITE B
SANDY, UT 84070**

PO BOX 8623
MIDVALE, UT 84047   PHONE: 801-561-9391

NAR INC   Plaintiff(s)

COX, HEATHER
3262 BOUNTIFUL BLVD
BOUNTIFUL, UT 84010

Case No. 219704509

Defendant(s)

PLEASE TAKE NOTE OF THE ATTACHED SALE NOTICE

Sincerely,

Rob Kolkman
Constable

When sending payment or calling in reference to this letter, please refer to DOCKET #   224136.

Sale fees may have been added to the total judgment.

Signed:__Constable Rob Kolkman____

**Docket: 224136**

224136  6/13/23  4:02:58