

CONSTABLE
ROB KOLKMAN
750 E 9000 S SUITE B
SANDY, UT 84070

PO BOX 8623
MIDVALE, UT 84047

PHONE: 801-561-9391

# Notice of Sale

## PERSONAL PROPERTY

DATE: 6/29/2023   TIME: 9:20

NOTICE IS HEREBY GIVEN

that all of the right, title and interest of the defendant in the property listed below may be sold at public auction to the highest bidder at the place and time listed.

Property may be added or deleted at the time of sale or before.
SALE IS SUBJECT TO CANCELLATION

PAYMENT MAY BE MADE BY CARD, CASH OR CERTIFIED FUNDS

2351677

CONTACT THIS OFFICE IMMEDIATELY TO MAKE A PAYMENT OR ARRANGEMENTS TO CANCEL THE SALE

PLAINTIFF: NAR INC
DEFENDANT: COX, HEATHER
CASE: 219704509
PLACE: 3262 BOUNTIFUL BLVD
BOUNTIFUL
PROPERTY:

Any and all non exempt personal property.

Including, but not limited to, non exempt TV's, stereos, electronic equipment, DVD's and players, office equipment, cameras, art, collections, guns, camping equipment, livestock, machinery, farm equipment, tools and any and all non exempt vehicles.

224136

NAR